

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

## No. 07-24-00362-CV

---

YEIMI FERNANDEZ, AS MOTHER AND GUARDIAN OF J.J.M., A MINOR CHILD, APPELLANT

V.

HEARTLAND CO-OP, CORP., APPELLEE

---

On Appeal from the 287th District Court
Parmer County, Texas
Trial Court No. 11668, Honorable Kathryn H. Gurley, Presiding

---

December 13, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Yeimi Fernandez, as mother and guardian of J.J.M, filed a notice of appeal from the trial court's *Final Judgment* without paying the requisite filing fee. By letter of November 14, 2024, the Clerk of this Court notified Fernandez that the filing fee was overdue and that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by November 25 would result in

dismissal of the appeal. To date, Fernandez has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Fernandez has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam